**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
  ELBA L. MALDONADO,

                           Plaintiff,            25 **CIVIL** 2378 (JGK)(RFT)

      -v-                                        <u>**JUDGMENT**</u>

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                         Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 3, 2025, the case of ELBA MALDONADO v. COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, entered in the Court record under Docket No. 1:25-CV-02378 (JGK) (RFT) is dismissed as duplicative of the same-entitled case entered in the Court record under Docket No. 25-CV-02389 and notated herein; accordingly, the case is closed.

**Dated:**  New York, New York

      April 3, 2025

                                                     **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                          **BY:**      *K. Mango*

                                                    **Deputy Clerk**